PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8955
Facsimile: (415) 744-0134
E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

|  |  |
|---|---|
| MICHELLE DOSTY,<br><br>    Plaintiff,<br><br>  vs.<br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-00522-AC<br><br>[~~PROPOSED~~] ORDER |

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby APPROVES and ADOPTS the parties' Joint Stipulation to Extend Briefing Deadlines as the Order of this Court as follows:

1. The deadline for Defendant to file her response to Plaintiff's Complaint is extended thirty (30) days to October 24, 2016.

2. All other deadlines and scheduling matters set forth in the Court's March 15, 2016 Scheduling Order (Dkt. 6) remain the same.

Stip. and [Proposed] Order to Extend Briefing Schedule; 2:16-cv-00522-AC

1

IT IS SO ORDERED this 23rd day of September, 2016.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. and [Proposed] Order to Extend Briefing Schedule; 2:16-cv-00522-AC

2